# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-01889 MMM (DTBx) | Date | April 26, 2011 |

Title  *Samer Aljabari v. Fulbright & Associates*

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     **Order To Show Cause Re: Dismissal of Action; Vacating Motion to Dismiss[6] and Scheduling Conference**

     Under Rule 41(b) of the Federal Rules of Civil Procedure, the court may dismiss an action without prejudice where a plaintiff has failed to "prosecute or to comply with [the Federal Rules of Civil Procedure] or any order of the court." On December 10, 2010, defendant filed a motion to dismiss this action, which is currently set for hearing on May 2, 2011 at 10:00 a.m. On December 15, 2010, the court issued an order providing noting to *pro se* plaintiff Samer Aljabari of the standard governing motions to dismiss and set a deadline of March 7, 2011 for plaintiff to oppose the motion. To date, plaintiff has not filed an opposition to defendant's motion to dismiss. Further, on January 12, 2011, the court set a scheduling conference and directed the parties to file a Joint Rule 26(f) Report on or before April 25, 2011. Yesterday, defendant filed a unilateral report stating that it had been unable to communicate with plaintiff despite diligent effort.

     The court therefore directs plaintiff to show cause in writing on or before **May 23, 2011** why this action should not be dismissed for lack of prosecution and failure to follow court orders. The scheduling conference and hearing on defendant's motion to dismiss, currently set for May 2, 2011 at 10:00a.m., is **vacated** and taken off calendar pending plaintiff's response to this order.